IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

22 JULY 2015

| 372A14 | Hart, et al. v. The State of North Carolina, et al. | Intervenor-Defendants' Motion for Supplemental Relief Pursuant to this Court's *Writ of Supersedeas* | Special Order |
|--------|-----------------------------------------------------|-----------------------------------------------------------------------------------------------------|---------------|
| 384A14 | Richardson, et al. v. The State of North Carolina, et al. | Plts' Motion to Supplement to Record on Appeal | Allowed |
| 384A14 | Richardson, et al. v. The State of North Carolina, et al. | Intervenor-Defendants' Motion for Supplemental Relief Pursuant to this Court's *Writ of Supersedeas* | Special Order |